# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHN CHAMBERLAIN,

       Plaintiff,　　　　　　　　　　　　Case Number: 08-13451

v.　　　　　　　　　　　　　　　　　　JUDGE PAUL D. BORMAN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
REDDY ICE HOLDINGS, INC., WILLIAM P.
BRICK, JIMMY C. WEAVER, and STEVEN J.
JANUSEK,

       Defendants.
_____ /

MICHAEL G. COFFEY, as Power of Attorney for
the Bonita Lynne Coffey Roth IRA, and on Behalf
of All Others Similarly Situated,

       Plaintiff,　　　　　　　　　　　　Case Number: 08-13670

v.
　　　　　　　　　　　　　　　　　　JUDGE PAUL D. BORMAN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

REDDY ICE HOLDINGS, INC., WILLIAM P.
BRICK, JIMMY C. WEAVER, and
RAYMOND D. BOOTH,

       Defendants.
_____ /

BRYAN S. NEAL,

       Plaintiff,　　　　　　　　　　　　Case Number: 08-14036

v.
　　　　　　　　　　　　　　　　　　JUDGE PAUL D. BORMAN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

REDDY ICE HOLDINGS, INC., WILLIAM P.
BRICK, JIMMY C. WEAVER,

RAYMOND D. BOOTH, and STEVEN J.
JANUSEK,

        Defendants.

_____ /

## ORDER CONSOLIDATING ACTIONS

The following securities actions, and any action arising out of the same operative facts now pending or hereafter filed in or transferred to this Court, are hereby consolidated pursuant to Fed. R. Civ. P. 42(a): *Chamberlain v. Reddy Ice Holdings, Inc., et al.*, Case No. 08-13451; *Coffey v. Reddy Ice Holdings, Inc., et al.*, Case No. 08-13670; *Neal v. Reddy Ice Holdings, Inc., et al.*, Case No. 08-14036.

    SO ORDERED.

                s/Paul D. Borman
                PAUL D. BORMAN
                UNITED STATES DISTRICT JUDGE

Dated: July 17, 2009

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 17, 2009.

                s/Denise Goodine
                Case Manager