UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN CHAMBERLAIN,

       Plaintiff,                               Case Number: 08-13451

v.                                                   JUDGE PAUL D. BORMAN
                                                       UNITED STATES DISTRICT COURT
REDDY ICE HOLDINGS, INC., WILLIAM P.
BRICK, JIMMY C. WEAVER, and STEVEN J.
JANUSEK,

       Defendants.
_____ /

**ORDER APPOINTING INTERIM LEAD PLAINTIFF AND INTERIM LEAD COUNSEL**

       Before the Court is Lawrence Diamond and Southeastern Pennsylvania Transportation Authority's joint motion to be appointed interim lead plaintiff and for the appointment of interim lead counsel. (Doc. No. 10). Having considered Diamond and SEPTA's motion, and Fed. R. Civ. P. 23, the Court: 1) appoints Diamond and SEPTA interim lead plaintiffs; and 2) appoints Schiffrin Barroway Topaz & Kessler, LLP as interim lead counsel and Zausmer, Kaufman, August, Caldwell & Taylor, P.C. as interim liaison counsel for the class.

       SO ORDERED.

                                                      s/Paul D. Borman
                                                      PAUL D. BORMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: July 27, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 27, 2009.

                                                s/Denise Goodine
                                                Case Manager