# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHN CHAMBERLAIN,

        Plaintiff,               Case Number: 08-13451

v.                                         JUDGE PAUL D. BORMAN
                                               UNITED STATES DISTRICT COURT

REDDY ICE HOLDINGS, INC., WILLIAM P.
BRICK, JIMMY C. WEAVER, and STEVEN J.
JANUSEK,

        Defendants.
_____ /

## ORDER MODIFYING THE COURT'S JULY 27, 2009 ORDER APPOINTING INTERIM LEAD PLAINTIFF AND INTERIM LEAD COUNSEL

On July 27, 2009, the Court appointed Schiffrin Barroway Topaz & Kessler, LLP as interim lead counsel for the above captioned case. The Court has been notified that the new name of the lead counsel's law firm is Barroway Topaz Kessler Meltzer & Check LLP. The Court hereby modifies its earlier order to reflect the name change.

      SO ORDERED.

                                                    S/Paul D. Borman
                                                    PAUL D. BORMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: August 6, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 6, 2009.

                                        S/Denise Goodine
                                        Case Manager