UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN CHAMBERLAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>REDDY ICE HOLDINGS, INC., et al.,<br><br>Defendants. | ) Civil Action No. 2:08-cv-13451-PDB-SDP<br>)<br>) <u>CLASS ACTION</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**REVISED SCHEDULING ORDER**

The Court having considered Lead Plaintiffs' Unopposed Motion for An Extension of Time to File the Consolidated Complaint, and the reasons set forth therein, it is hereby:

ORDERED as follows:

1. Lead Plaintiffs shall file a Consolidated Complaint on or before Monday, November 2, 2009.

2. Defendants shall file any motions to dismiss the Consolidated Complaint and briefs in support thereof on or before December 17, 2009.

3. Should any Defendant move to dismiss the Consolidated Complaint, Lead Plaintiffs shall have until January 18, 2010 to file any response brief(s) in opposition thereto.

4. Defendants may file any reply briefs in support of their motion(s) to dismiss on or before February 17, 2010.

**SO ORDERED**.   S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: October 14, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 14, 2009.

                                               S/Denise Goodine
                                               Case Manager