IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | |
|---|---|
| JOHN CHAMBERLAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>REDDY ICE HOLDINGS, INC., *et al.*,<br><br>       Defendants. | § § § § § Civil Action No.<br>§ 2:08-CV-13451-PDB-SDP<br>§<br>§ **CLASS ACTION**<br>§<br>§<br>§<br>§ |

**DEFENDANT JIMMY C. WEAVER'S REPLY TO LEAD PLAINTIFFS' BRIEF IN OPPOSITION TO THE MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

Defendant Jimmy C. Weaver ("Weaver") believes in the reply points of Defendants Reddy Ice Holdings, Inc., Brick and Janusek (collectively, "Reddy Ice") in support of their Motion to Dismiss and inasmuch as the Lead Plaintiffs' response to Weaver's Motion to Dismiss echoes the primary arguments in their response to the Reddy Ice Motion to Dismiss, Weaver will defer to the Reddy Ice reply and adopt it as his own.

Accordingly, Weaver joins Reddy Ice Holdings, Inc., Brick and Janusek in the prayer that the Court enter an order dismissing with prejudice Plaintiffs' Consolidated Class Action Complaint and awarding such other and further relief to which Weaver may show himself to be justly entitled.

Dated February 17th, 2010.

                                                             Respectfully submitted,

                                                             /s/ Timothy A. Duffy
Michael P. Gibson
State Bar No. 07871500
Timothy A. Duffy
State Bar No. 06170500
Burleson, Pate & Gibson, L.L.P.
900 Jackson Street, Suite 330
Dallas, TX 75202
(214) 871-4900
(214) 871-7543 (fax)
tduffy@bp-g.com

ATTORNEYS FOR
JIMMY C. WEAVER

## CERTIFICATE OF SERVICE

      I hereby certify that on February 17, 2010, I electronically filed Defendant Jimmy C. Weaver's Reply to Lead Plaintiffs' Brief in Opposition to the Motion to Dismiss the Consolidated Class Action Complaint and Proof of Service with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel, registered electronically.

Dated: February 17th, 2010.

                                              /s/ Timothy A. Duffy
                                              Timothy A. Duffy