UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN CHAMBERLAIN, ET AL.,          No. 08-13451

    Plaintiffs,          District Judge Paul D. Borman

v.          Magistrate Judge R. Steven Whalen

REDDY ICE HOLDING, INC., ET AL.,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE

For the reasons and under the terms stated on the record on February 18, 2010, Plaintiffs' Motion to Strike Certain Exhibits Attached to the Affidavit of Steven J. Janusek and Related Portions of the Brief in Support of Defendants' Motion to Dismiss [Docket #51] is GRANTED.

The following Exhibits attached to the affidavit of Steven J. Janusek, as well as related portions of the Defendants' Motion to Dismiss and Brief in Support [Docket #43], shall be stricken from the record and disregarded by the Court: Exhibits D, E, F, G, H and K.

IT IS SO ORDERED.

         s/R. Steven Whalen
         R. STEVEN WHALEN
         UNITED STATES MAGISTRATE JUDGE

Dated: February 18, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 18, 2010.

                                              s/Susan Jefferson
                                              Case Manager