**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION**

| | |
|---|---|
| JOHN CHAMBERLAIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> REDDY ICE HOLDINGS, INC., *et al.*, <br><br> Defendants. | Civil Action No. 2:08-cv-13451-PDB-SDP <br><br> <u>CLASS ACTION</u> <br><br><br><br><br><br><br><br> U.S. Magistrate Judge R. Steven Whalen |

**<u>DEFENDANTS REDDY ICE HOLDINGS, INC., BRICK, AND JANUSEK'S
SUPPLEMENT TO REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS</u>**

As set forth in footnote 3 of Defendants Reddy Ice Holdings, Inc., William Brick, and Steven Janusek's ("Defendants") Reply Brief in Support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint ("Reply Brief"), Defendants respectfully submit this Supplement to their Reply Brief.

1.  On February 17, 2010, Defendants filed their Reply Brief. In the Reply Brief, Defendants included a footnote stating that "during the Arctic Glacier sentencing hearing on February 11, 2010, the DOJ prosecutor stated they have not found a nationwide conspiracy. He further stated the only conspiracy found involving Arctic Glacier was in southeastern Michigan. **A transcript of the sentencing hearing is not yet available. Reddy will file a supplemental exhibit attaching the transcript of that hearing upon receipt**." *See*, Reply at p. 5, fn. 3. (emphasis supplied).

2.  Defendants have now obtained a copy of the transcript of the February 11, 2010 sentencing of Arctic Glacier, in the case styled *United States of America v. Arctic Glacier*

*International, Inc.*, Criminal Action 09-149, pending in the United States District Court for the Southern District of Ohio, Western Division.  Pursuant to footnote 3, Defendants have attached hereto as Exhibit A, a true and correct copy of the specific sections of the transcript referenced in footnote 3.  The specific sections are: p. 100, lines 8-22, 24-25 (*e.g.,* "…we have not found a nationwide conspiracy."); and p. 101, lines 1-8, 13-14, 18-24 (*e.g.*, "In the case before you we found one.  We found one in southeastern Michigan.").

Dated March 4, 2010.                                                        Respectfully submitted,

                                                                                              /s/ James R. Nelson_____

RAYMOND W. HENNEY                                         JAMES R. NELSON
**HONIGMAN MILLER SCHWARTZ AND**           **DLA PIPER LLP (US)**
**COHN LLP**                                                          1717 Main Street, Suite 4600
660 Woodward Avenue                                           Dallas, TX 75201
2290 First National Building                                    Telephone:  214/743-4500
Detroit, MI  48226-3506                                           214/743-4545 (fax)
Telephone:  313/465-7410                                      jr.nelson@dlapiper.com
313/465-7411 (fax)

SAMUEL B. ISAACSON
**DLA PIPER LLP (US)**
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
Telephone: 312/368-4000
312/236-7516 (fax)
samuel.isaacson@dlapiper.com

*Counsel for Defendants Reddy Ice Holdings, Inc., William P. Brick and Steven J. Janusek*

## **CERTIFICATE OF SERVICE**

      I hereby certify that true and correct copies of Defendants Reddy Ice Holdings, Inc. Brick, and Janusek's Supplement to Reply in Support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint have been served on all parties of record via the Court's electronic case filing (ECF) system on this 4th day of March, 2010.

      /s/ James R. Nelson
      JAMES R. NELSON
      **DLA PIPER LLP (US)**
      1717 Main Street, Suite 4600
      Dallas, TX  75201
      Telephone:  (214) 743-4500
      Fax:  (214) 743-4545
      jr.nelson@dlapiper.com

# EXHIBIT "A"

```
                                                                    1


                       UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF OHIO
                            WESTERN DIVISION



                                 - - -


UNITED STATES OF AMERICA,    .  Case Number 1:09-cr-149
                             .
            Plaintiff,       .  Cincinnati, Ohio
                             .
         - v -               .  Thursday, February 11, 2010
                             .  10:00 a.m. Hearing
ARCTIC GLACIER               .
INTERNATIONAL, INC.          .
                             .  Sentencing Hearing
            Defendant.       .
.............................

                    TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE HERMAN J. WEBER, SENIOR JUDGE

APPEARANCES:
For the Plaintiff:     UNITED STATES DEPARTMENT OF JUSTICE
                       BY:  Kevin C. Culum, Esq.
                       and  Donald M. Lyon, Esq.
                       Antitrust Division
                       Carl B. Stokes United States Court House
                       14th Floor
                       801 W. Superior Avenue
                       Cleveland, Ohio  44113-1857

For the Defendant Arctic Glacier International, Inc:

                       John M. Majoras, Esq.
                       Jones Day
                       325 John H. McConnell Boulevard
                       Suite 600
                       Columbus, Ohio  43215-2673

For the Petitioners:   David F. Axelrod, Esq.
                       Axelrod LLC
                       250 Civic Center Drive
                       Suite 500
                       Columbus, Ohio  43215
```

2

```
For the Victims Group - Martin McNulty and Gary Mowery:
                        Daniel Low, Esq.
                        Kotchen & Low LLP
                        2300 M. Street NW, Suite 800
                        Washington, D.C.  20037

                        Matthew S. Wild, Esq.
                        Levitt & Kaizer
                        148 E. 78th Street
                        New York, New York  10075
```

Also Present:

Hugh A. Adams (Deft's Corporate Rep.)

Gary Mowery

Laura Jensen (U.S. Probation Department)

S/A James Brennan (FBI)

Don Brown (Economist)

James R. Nelson, Esq. (Counsel for Reddy Ice)

James (Jay) Stautberg (Home City Ice Corporate Rep.)

Michael A. Roberts, Esq.

Ralph W. Kohnen, Esq. (Afternoon Session)


```
Law Clerk:          Amy Peters Thomas, Esq.

Courtroom Clerk:    Darlene Maury

Court Reporter:     Mary Ann Ranz
                    810 Potter Stewart U.S. Courthouse
                    100 East Fifth Street
                    Cincinnati, Ohio 45202
```

- - -

100

1  believe that the probation allows us to impose a fine today.
2  And if circumstances in the future prevent the payment of
3  that, it will allow this Court, you in particular, to address
4  the issue if a civil judgment is not being able to be paid
5  because of the fine to the United States, which, my
6  understanding at least, is not all of the concerns of
7  Mr. Axelrod, but at least one of the concerns of Mr. Axelrod.
8           THE COURT:  What about the scope of the conspiracy?
9           MR. CULUM:  Your Honor, a criminal case is built on
10 evidence.  It's not built on smoke.  The idea that there's a
11 nationwide conspiracy, we have looked, we will continue to
12 look, we have not found it.
13    I reviewed the evidence.  My boss, the chief of the
14 Cleveland Field Office, has reviewed the evidence.  And not
15 only all the evidence -- his boss, the director of Criminal
16 Enforcement in the Antitrust Division, he reviewed the
17 evidence.
18    The Deputy Assistant Attorney General for the Criminal
19 Enforcement, he reviewed the evidence, and the Assistant
20 Attorney General reviewed the evidence.
21    All of the evidence -- we have not found a nationwide
22 conspiracy.  And though you're not specifically asking, I
23 think that there was a bit of a misrepresentation or
24 misunderstanding concerning my letter to Judge Borman.  This
25 was a nationwide investigation.  We were looking all over the

1  country to try to find antitrust conspiracy, and we continue
2  to look all over the country.
3      In this case, in the case before you, we found one.  We
4  found one in southeastern Michigan.  If we had found one where
5  everyone was together in a smoke-filled room, I assure you we
6  would have charged it.  We didn't find it.  And we will keep
7  looking.  And if for some reason we find it, I will let you
8  know.  But I don't think I'm going to find it.
9          THE COURT:  Well, you had --
10         MR. CULUM:  I'm sorry, but I get upset that -- the
11  implication I have not done my job, Mr. Lyon has not done his
12  job, anyone else at the Department has not done their job.
13  It's offensive to me and it is wrong.  We have done our job
14  and we did not find a nationwide conspiracy.  Apart from what
15  they may want us to find, they talk about smoke, I know about
16  the smoke, I've looked to see if there's any burning fire, I
17  haven't found it.
18         THE COURT:  There would be -- that would be a
19  different conspiracy than you've charged.
20         MR. CULUM:  Correct, Your Honor.
21         THE COURT:  So, the conspiracy that you've charged,
22  and is the one that is before me, is the one in southeastern
23  Detroit area, Michigan?
24         MR. CULUM:  Correct, Your Honor.
25         THE COURT:  And that -- you're exercising your

144

C E R T I F I C A T E

    I, Mary Ann Ranz, the undersigned, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

s/Mary Ann Ranz
Official Court Reporter