UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN CHAMBERLAIN, et al,

      Plaintiff,                      CIVIL NO. 08-13451

v.

                                      PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

REDDY ICE HOLDINGS, INC., et al.

      Defendants.
_____/

**ORDER DENYING LEAD PLAINTIFFS' MOTION TO STRIKE
DEFENDANTS' SUPPLEMENTAL REPLY IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS COMPLAINT**

On March 25, 2010, Plaintiffs in this securities case filed the instant Motion to Strike Defendants' Supplemental Reply. This securities case is one aspect of the In Re Packaged Ice Antitrust Litigation. Specifically, the Chamberlain "Plaintiffs move to strike all references to Defendants' proffered excerpts of the February 11, 2010 transcript of the criminal sentencing hearing of Arctic Glacier International, Inc.," before U.S. District Judge Herman Weber, S.D. Ohio. (Plaintiffs' Motion P.ii)

This Court resolved a similar issue before it with regard to the Direct and Indirect Purchaser plaintiffs' challenge to the Defendants' introduction of the February 11, 2010 transcript.

In an Order entered March 26, 2010, this Court ruled that it would accept submissions of S.D. Ohio transcript excerpts from parallel criminal proceedings; both the February 11, 2010, and the March 2, 2010 excerpts tendered by the Defendants and the Plaintiffs, respectively.

1

The Court adopts that Order in the instant case; accepting excerpts from both S.D. Ohio parallel criminal proceedings, February 11 and March 2, 2010, for the reasons stated in that Order. ( Attachment I)

SO ORDERED.

S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 6, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 6, 2010.

S/Denise Goodine
Case Manager